Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANON WARD, an individual; | Case No.: 2:16-cv-01723-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT MIDLAND FUNDING, LLC WITH PREJUDICE** |
| MIDLAND FUNDING, LLC,  a foreign limited-liability company; | |
| Defendant. | ECF No. 13 |

Plaintiff, Branon Ward ("Plaintiff"), and Defendant, Midland Funding, LLC ("Midland") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiff and Midland, with Plaintiff and Midland bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 28, 2017                                   Dated: March 28, 2017

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**                        **MAUPIN•NAYLOR•BRASTER**

*/s/ Kevin L. Hernandez*                              */s/ John M. Naylor*
Kevin L. Hernandez, Esq.                          John M. Naylor , Esq.
Nevada Bar No. 12594                             Nevada  Bar No. 5435
2510 Wigwam Parkway, Suite 206           1050 Indigo Drive, Suite 200
Henderson, Nevada 89074                         Las Vegas, Nevada 89145
kevin@kevinhernandezlaw.com              jnaylor@naylorandbrasterlaw.com
*Attorney for Plaintiff*                                  *Attorneys for Defendant*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFF AND DEFENDANT MIDLAND FUNDING, LLC

Based on the parties' stipulation [13] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED with prejudice, each party to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___3/28/17_____

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408